IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLETUS D. FONGOH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLISTIC SERVICES, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 11-638 (RJL) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Cletus D. Fongoh and Defendant Wholistic Services, Inc., by their undersigned counsel, hereby agree and stipulate that this action be dismissed with prejudice. Each party shall bear its or his own costs.

Dated: September 12, 2011

Respectfully submitted,

By: _____
James L. Kestell, D.C. Bar No. 955310
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046
Tel: 703-237-2912
Fax: 703-237-4321

Counsel for Plaintiff
Cletus D. Fongoh

Respectfully submitted,

By: _____
Jeffrey L. Rhodes, D.C. Bar No. 472468
Michael E. Stamp, D.C. Bar No. 480639
ALBO & OBLON, LLP
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
(703) 312-0410 (telephone)
(703) 312-0415 (facsimile)
jlr@albo-oblon.com
mes@albo-oblon.com

Counsel for Defendant
Wholistic Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Stipulation of Dismissal was served this 15th day of September, 2011 by electronic filing upon:

>James L. Kestell
>KESTELL & ASSOCIATES
>209 Midvale Street
>Falls Church, Virginia 22046
>Jlkestell@verizon.net
>
>*Counsel for Plaintiff*

>                    /s/ Michael E. Stamp
>Michael E. Stamp, D.C. Bar No. 480639
>Albo & Oblon, LLP
>2200 Clarendon Blvd., Suite 1201
>Arlington, VA  22201
>(703) 312-0410
>Fax (703) 312-0415
>jlr@albo-oblon.com
>
>*Counsel for Defendant*
>*Wholistic Services, Inc.*